# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0041.  JEREMY KEITH PUCKETT v. THE STATE.**

Jeremy Keith Puckett was convicted of child molestation in 2009, and his conviction was affirmed on appeal.  See *Puckett v. State*, 310 Ga. App. 153 (712 SE2d 579) (2011).  Puckett filed a motion to vacate a void conviction, which the trial court denied on June 22, 2012.  Puckett filed this application for discretionary appeal on August 13, 2012.[1]  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d).  Puckett filed his application 52 days after entry of the trial court's order.  Accordingly, we lack jurisdiction to consider the application, which is hereby DISMISSED as untimely.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, __09/17/2012__
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Puckett initially filed his application in the Supreme Court, but it was transferred to this court.